

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-22-00412-CR & 04-22-00413-CR

Paul **YBARRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2020CR6360 and 2020CR6362
Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments are AFFIRMED.

SIGNED August 28, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice